# NO. 12-10-00330-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ANDREW J. BALL AND KATHERINE BROWN f/k/a KATHERINE BALL, APPELLANTS* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW* |
| *SOUTHSIDE BANK, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellants have filed an unopposed motion to dismiss this appeal. In their motion, Appellants state that they have reached a resolution of this dispute and no longer wish to pursue the appeal. Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed***.

Opinion delivered January 5, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)